# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNA JOHNSTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | NO. 21-2908 |

## ORDER

**AND NOW**, this 11th day of March 2022, upon consideration of Defendant's Motion to Dismiss (Document No. 5), Plaintiff's Response in Opposition thereto (Document No. 6), Defendant's Reply Memorandum (Document No. 8), Plaintiff's Sur Reply Memorandum (Document No. 10) and court's Memorandum Opinion of today, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction.

BY THE COURT:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge